```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TAYLOR GILBERT,                                                    :
:
:
                               Plaintiff,                          :
:           20-cv-3826 (LJL)
            -v-                                                    :
:              ORDER
INDEED, INC. et al.,                                               :
:
                               Defendants.                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case was stayed pending the outcome of arbitration on January 19, 2021. The parties are directed to submit a joint letter updating the Court on the status of the arbitration in thirty (30) days from the entry of this Order and every six months thereafter.

      SO ORDERED.

Dated: April 4, 2022
       New York, New York                              _____
                                                            LEWIS J. LIMAN
                                                       United States District Judge