UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
TAYLOR GILBERT,                                                      :
                                                                     :
                          Plaintiff,                                 :
                                                                     :    20-cv-3826 (LJL)
         -v-                                                         :
                                                                     :    ORDER
INDEED, INC. et al.,                                                 :
                                                                     :
                          Defendants.                                :
                                                                     :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      This case was stayed pending the outcome of arbitration on January 19, 2021.  Dkt. No. 67.  The parties have since been providing regular updates to the Court.  Dkt. Nos. 69, 71.  On November 4, 2022, after the last update provided by the parties, the Court ordered the parties to provide a further update in six months.  Dkt. No. 72.  On July 27, 2023, the Court ordered the parties to file a status update by August 10, 2023.  Dkt. No. 73.  The parties are ordered to file a status update by August 18, 2023.

      SO ORDERED.

Dated: August 14, 2023
      New York, New York
                                                   LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2023